**Beny WALERKO v. Milton STONE.**

No. 7142.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1936.

Daniel H. Cronin, of Detroit, Mich., for appellant.

Howard D. Brown and George H. Cary, both of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.